

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00616-CR

Romeo **ADAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR9532
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED October 23, 2019.

Luz Elena D. Chapa, Justice